1  ROBERT WAGGENER - SBN: 118450
   LAW OFFICE OF ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, California 94103
3  Phone:     (415) 431-4500
   Fax:       (415) 255-8631
4  E-Mail:    rwlaw@mindspring.com

5  Attorney for Defendant LAUREN RIVERA

6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA | No. 14 mj 70891 MAG |

12 |                Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE RECONVEYANCE OF PROPERTY** |

13 | v. |

14 | LAUREN RIVERA, et al., |

15 |                Defendant. |

16

17  **IT IS HEREBY STIPULATED** between the parties that the property posted as security

18  for the release of Defendant Lauren Rivera in the Northern District of California can be

19  reconveyed to its owner, Audrey Lee, the mother of the Defendant.

20  Defendant Lauren Rivera was arrested in the Northern District of California based on an

21  arrest warrant from the Eastern District of New York. To secure her release from custody,

22  Defendant's mother signed and recorded a Short Form Deed of Trust and Assignment of Rents

23  as to her property at 659 MacArthur Boulevard, San Leandro, California 94577-2115, Alameda

24  County, (Alameda County Recorder's Office Instrument Number 2014160534), with the Clerk

25  of the Court for the Northern District of California as the beneficiary. When Defendant Lauren

26  Rivera appeared before a United States Magistrate in the Eastern District of New York, as a

27  condition of her continued release she was asked to again post the security in the property at 659

28  MacArthur Boulevard, San Leandro, California 94577-2115, in Alameda County, but this time

**STIPULATION & [PROPOSED] ORDER
RE RECONVEYANCE OF PROPERTY**

1  with the Clerk of the Court of the Eastern District of New York as the beneficiary.  Accordingly,
2  a Short Form Deed of Trust and Assignment of Rents has been signed and recorded by the
3  Defendant's mother, with the Eastern District of New York as the beneficiary.
4      Given the fact that security has been posted in the State of New York on the very same
5  property, it is now appropriate that the Northern District of California's deed of trust be
6  reconveyed.

Dated: November 7, 2014

/s/
ROBERT WAGGENER
Attorney for Defendant
LAUREN RIVERA

Dated: November 5, 2014

/s/
WADE RHYNE
Assistant United States Attorney

**IT IS HEREBY ORDERED** that the Clerk of the Northern District of California reconvey the deed of trust posted as security in this case, Alameda County Recorder's Office Instrument Number 2014185964 filed on July 28, 2014 (659 MacArthur Boulevard, San Leandro, CA) to Audrey Lee.

Dated: 11/6/14

KANDIS A. WESTMORE
United States District Court Magistrate Judge

STIPULATION & [PROPOSED] ORDER
RE RECONVEYANCE OF PROPERTY           -2-